John F. Waters, appellee, v. Equitable Life Assurance Society of the United States, appellant. Gen. No. 30,052.

Assumpsit on life insurance policy. Judgment for plaintiff. Ap-

peal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Reversed and remanded. Opinion filed December 8, 1925.

Mayer, Meyer, Austrian & Platt, for appellant. Kelly & Murphy, for appellee; Walter D. Elmer, deceased, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.